UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IRINA GALANOVA, et al.,
                Plaintiffs,

-against-

19 CIVIL 1451 (JGK)

## JUDGMENT

VLAD PORTNOY, et al.,
                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 13, 2020, the defendants' motions to dismiss the plaintiffs' claims are granted; all claims brought by Gitzis are dismissed without prejudice; the federal claims brought by Galanova are dismissed with prejudice; the state claims brought by Galanova ae dismissed without prejudice to refiling in states court; accordingly, the case is closed.

**Dated:** New York, New York
         January 15, 2020

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____